IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOVELL FAMILY LIMITED PARTNERSHIP, and LSC TOWERS, LLC, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:17-CV-625-M (BT) |
| LG PRESTON CAMPBELL, LLC, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 10, 2018. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 11th day of September, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE